UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LITTLE, | 1:04-cv-05517-AWI-DLB |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | **ORDER DISMISSING ACTION** |
| T. REYNOLDS, et al., | |
| Defendants. | |

Plaintiff, Mark Little ("plaintiff"), is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 28, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on February 7, 2007, as undeliverable. A notation on the envelope simply indicated: Return to Sender. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 |         Accordingly, IT IS HEREBY ORDERED that:
7 |         1.   The Findings and Recommendations, filed December 28,
8 | 2006, are ADOPTED in full; and,
9 |         2.   This action is DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                    /s/ **Anthony W. Ishii**
                                       UNITED STATES DISTRICT JUDGE